[No. 66867-6-I.   Division One.   July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY ARTHUR PERKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02131-5, Larry E. McKeeman, J., entered March 28, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.

[No. 67038-7-I.   Division One.   July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATISHA MICHELLE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02250-8, Ronald L. Castleberry, J., entered April 14, 2011. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.

[No. 67059-0-I.   Division One.   July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ANTHEL WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10337-2, Kimberley Prochnau, J., entered April 18, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.

[No. 67060-3-I.   Division One.   July 30, 2012.]

*In the Matter of the Parenting and Support of* M.S.

BRYAN HENRY SHADEL, *Appellant*, v. JENNIFER ANNE NAULING, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-3-02177-1, Ronald L. Castleberry, J., entered March 31, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.